# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TYTON T. HESTER, #222160 | § |
| | § Civil Action No. 4:20-CV-065 |
| v. | § (Judge Schell/Judge Nowak) |
| | § |
| UNITED STATES OF AMERICA, ET AL. | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 7, 2021, the report and recommendation of the Magistrate Judge was entered (Dkt. #52), containing proposed findings of fact and recommendations that *pro se* Petitioner Tyton T. Hester's Motion for "Injuctive [sic] Relief for Temporary Postponement of Sentencing" (Dkt. #30) should be denied as moot. On April 7, 2021, this case was transferred to the undersigned (Dkt. #49). Having received the report of the Magistrate Judge, and no objections thereto having been timely filed to this report and recommendation, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is therefore **ORDERED** that *pro se* Petitioner Tyton T. Hester's Motion for "Injuctive [sic] Relief for Temporary Postponement of Sentencing" (Dkt. #30) is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

SIGNED this the 31st day of July, 2021.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE